## IN THE CIRCUIT COURT FOR BALTIMORE CITY

| | |
|---|---|
| **STATE OF MARYLAND** | * |
| **V.** | * |
| **JAMAR BOWLES** | *   CASE NO.   114084013 |
| **DEFENDANT** | * |

*   *   *   *   *   *   *   *   *   *   *

## STATE'S MOTION TO VACATE JUDGMENT

Now comes Marilyn J. Mosby, State's Attorney for Baltimore City, and Janice Bledsoe, Deputy State's Attorney for Baltimore City, and pursuant to section 8-301.1 of the Criminal Procedure Article of the Maryland Code, move this Honorable Court to vacate the judgment in the above-captioned case and in support thereof state the following.

1. According to police reports on March 5 2014, Jamar Bowles, Defendant, was arrested by members of the Baltimore Police Department following observations of suspected controlled dangerous substances activity near 2200 block of Alsquith Street by Detective Daniel Hersl. Suspected controlled dangerous substances seized following a vehicle stop and were submitted to the Evidence Control Unit of the Baltimore Police Department.

2. On September 11, 2014, Defendant appeared before this Honorable Court and entered a plea of guilty to count one of case number 114084013, charging Possession with Intent to Distribute a controlled dangerous substance: to wit: Cocaine in violation of section 5-602 of the Criminal Law Article of the Maryland Code. Following acceptance of the guilty plea, pursuant to a plea agreement, the Court imposed a sentence of six years.

3. That the State has received new information after the entry of judgment of conviction that in the interest of justice and fairness justifies vacating the conviction.

   a. On March 1, 2017, federal agents arrested seven members of the Baltimore Police Department's Gun Trace Task Force; including Detective Daniel Hersl, for alleged conduct undertaken under color of authority as a sworn officer of the Baltimore Police Department. Officer Hersl was charged with engaging in a racketeering conspiracy and racketeering offenses, including robbery, extortion, and overtime fraud. Said alleged conduct occurred during the time period set forth in the federal indictment.

1


EXHIBIT
10

b. That on February 12, 2018, Detective Daniel Hersl was found guilty in the United States District Court for the District of Maryland, Northern Division, to conspiracy to engage in racketeering activity, in violation of 18 U.S.C. 1962(d). On June 22, 2018, Detective Hersl received a sentence of two hundred and sixteen months.

4. That the State first became aware of the alleged misconduct set forth in the federal indictment on March 1, 2017.

5. That pursuant to the statute, the defendant was advised of his rights through an attachment to this motion. All documents were sent to the defendant's last known address.

6. There was no restitution ordered in this case.

7. The case was not appealed or the subject of a motion or petition for post judgment relief.

WHEREFORE, the State prays,

A. That this Honorable Court grant a hearing in this matter, and

B. That following a hearing, that this Honorable Court issue an order vacating the judgment in this case.

C. For such other and further relief as fundamental fairness may require.

Respectfully submitted,

Marilyn J. Mosby
State's Attorney for Baltimore City

Janice Bledsoe  #68976  BI
Deputy State's Attorney for Baltimore City
Office of the State's Attorney for Baltimore City
120 E. Baltimore Street, 10th floor
Baltimore, Maryland 21202
443-984-6012

## Certificate of Service

**I HEREBY CERTIFY** that on this 2nd day of October 2019, a copy of the foregoing State's Motion was mailed, first-class, postage prepaid to:

Jamar Bowles
17 Liberty Place, Apartment 13
Baltimore, MD 21244

John Cox, Esq.
217 North Charles Street, 3rd Floor
Baltimore, MD 21201

Janice Bledsoe
Deputy State's Attorney for Baltimore City
Office of the State's Attorney for Baltimore City
120 E. Baltimore Street, 10th floor
Baltimore, Maryland 21202
443-984-6012